UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HENRY L. WOODRUFF,

Petitioner,

v.

MICHAEL O'KEEFE,

Respondent.

Civil No. 00-2478 (JMR/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner has filed a petition for a writ of habeas corpus claiming that he is being unlawfully incarcerated at the Minnesota Correctional Facility, Moose Lake, Minnesota.

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration;

2. A reasoned memorandum of law and fact fully stating Respondent's position on the issues raised in the petition, as well as Respondent's recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in light of the requirements of federal statutes and other pertinent authority;

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, (or if Petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty), as well as any

FILED NOV 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

other court records or prison records that may be relevant to Petitioner's claims.

Absent compliance with this order within the 20-day time period, the Court will entertain a motion to grant the relief prayed for in said petition.

Petitioner has also filed an "Application to Proceed Without Prepayment of Fees and Affidavit," seeking leave to proceed in forma pauperis, ("IFP"), pursuant to 28 U.S.C. § 1915(a). (Docket No. 2.) The Court is satisfied that Petitioner is eligible for IFP status, and he will therefore be excused from paying any filing fee for this action.

Based on the foregoing, and on all of the premises and proceedings of record,

IT IS HEREBY ORDERED that:

1. Respondent is directed to file a return as described herein, within 20 days after the date of this order; and

2. Petitioner's application to proceed in forma pauperis, (Docket No. 2), is GRANTED.

Dated: November 13, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge