UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Henry L. Woodruff,

Petitioner,

vs.

Michael O'Keefe,

Respondent.

Civil 00-2478 JMR/FLN

**O R D E R**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 30, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Insofar as the petitioner's third ground for habeas relief is based on claims of cruel and unusual punishment, those claims are DISMISSED without prejudice;

2. The remainder of petitioner's application for a writ of habeas corpus [#1] is DISMISSED with prejudice.

DATED: July 23rd, 2001.

JUDGE JAMES M. ROSENBAUM
United States District Court

[illegible] 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK